IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEWART ABRAMSON, on behalf of himself and others similarly situated, | : Case No. 1:19-cv-1819 |
| Plaintiff, | : |
| v. | : |
| CHICAGO INSURANCE AGENCY, INC. d/b/a CONNECTED LEADS, THE PROSSEN AGENCY, LLC, and THE ALLSTATE CORPORATION, | : |
| Defendants. | : |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to and in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stewart Abramson hereby voluntarily dismisses his claims in the above-entitled action against Defendants Chicago Insurance Agency, Inc. d/b/a Connected Leads, The Prossen Agency, LLC, and The Allstate Corporation without prejudice. Each party shall bear its own costs.

PLAINTIFF,
STEWART ABRAMSON
By his attorneys,

**/s/ Brian K. Murphy**
Brian K. Murphy (6225697)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
(614) 488-0400
(614) 488-0401 facsimile
murphy@mmmb.com

Lauren E. Urban (6293832)<br>
2425 N. Spaulding Ave., Floor 2<br>
Chicago, IL 60647<br>
(419) 344-1146<br>
lauren.elizabeth.urban@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, a true and accurate copy of the foregoing was served via regular U.S. Mail, postage prepaid, upon the following:

| | |
|---|---|
| The Allstate Corporation<br>c/o CT Corporation System, Registered Agent<br>208 S. Lasalle St., Ste. 814<br>Chicago, IL 60604 | The Prossen Agency, LLC<br>300 Wilmington Road<br>New Castle, PA 16105 |
| Chicago Insurance Agency, Inc.<br>c/o Greg Sheppard, Registered Agent<br>1410 West Belmont Avenue<br>Chicago, IL 60657 | |

<b>/s/ Brian K. Murphy</b><br>
Brian K. Murphy